**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELLIOT HORN,   No. C 08-2546 SI (pr)

    Plaintiff,   **JUDGMENT**

    v.

ED FOULK; et al.,

    Defendants.
                               /

    This action is dismissed as frivolous because it is duplicative of an earlier action.

    IT IS SO ORDERED AND ADJUDGED.

Dated: September 29, 2008   _____
                                                           SUSAN ILLSTON
                                                   United States District Judge